# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO NELSON AYALA RAMOS,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | No.  CV 10-7648 PA<br>      CR 09-242 PA<br><br>JUDGMENT |

IT IS ADJUDGED that the motion to vacate, set aside or correct sentence pursuant to Title 28, U.S.C. Section 2255 is denied and the action dismissed with prejudice.

DATED: August 8, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE